**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                            15 CR. 228 (RMB)
   -against-

                                                            **ORDER**

ELVIN HESKEY,
               Defendant.
-------------------------------------------------------------X

      The Court will hold a supervised release hearing on Thursday, August 18, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0228

Dated: July 25, 2022
       New York, NY

                                                      *Richard M. Berman*
                                             _____
                                                 RICHARD M. BERMAN
                                                         U.S.D.J.