UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                             15 CR. 228 (RMB)
   -against-

                                                            **ORDER**
ELVIN HESKEY,
                Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Thursday, September 22, 2022 at 9:00 AM is hereby rescheduled to 10:30 AM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0228

Dated: August 25, 2022
         New York, NY

                                                      _____
                                                         RICHARD M. BERMAN
                                                              U.S.D.J.