UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                15 CR. 228 (RMB)

   -against-

**ORDER**

ELVIN HESKEY,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Tuesday, November 29, 2022 at 9:00 AM is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Access Code: 901 084 292#

Dated: November 15, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.