**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                     Government,   :   15 CR. 228 (RMB)
                                            :
      - against -                       :   **ORDER**
                                            :
ELVIN HESKEY,                               :
                     Defendant.    :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, March 1, 2023 at 8:30 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 238 066 113#

Dated: February 22, 2023
      New York, NY

                                              *Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                              **U.S.D.J.**