**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                 Government,     :     15 CR. 228 (RMB)

      - against -           :     **ORDER**

ELVIN HESKEY,             :
                 Defendant.     :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, March 1, 2023 at 8:30 A.M is hereby rescheduled to Tuesday, March 28, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 238 066 113#

Dated: February 23, 2023
       New York, NY

                                                      _____
                                                      **RICHARD M. BERMAN**
                                                           **U.S.D.J.**