UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,     :     15 CR. 228 (RMB)
                                              :
       - against -                          :     **ORDER**
                                              :
ELVIN HESKEY,                                 :
                    Defendant.      :
-----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Tuesday, March 28, 2023 at 10:00 A.M. is hereby rescheduled to 2:00 P.M. on the same date

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442

       Conference ID: 238 066 113#

Dated: March 27, 2023
       New York, NY

                                                             *Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                         **U.S.D.J.**