**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 228 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| ELVIN HESKEY, | : | |
| Defendant. | : | |
-----------------------------------------------------------------x

 

The supervised release hearing is scheduled for Thursday, April 6, 2023 at

11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 946 697 702#


Dated: March 29, 2023
      New York, NY

 

*Richard M. Berman*
_____
    **RICHARD M. BERMAN**
        **U.S.D.J.**