**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                Government,       :       15 CR. 228 (RMB)
                                    :
    - against -                     :       **ORDER**
                                    :
ELVIN HESKEY,                       :
                                    :
                Defendant.        :
------------------------------------------------------------x

The supervised release hearing previously scheduled for Tuesday, May 16, 2023 at 9:00 A.M. is hereby rescheduled to Tuesday, May 23, 2023 at 2:30 P.M

The proceeding will be held in Courtroom 17B.

Dated: May 15, 2023
      New York, NY

                                                     _____
                                                       RICHARD M. BERMAN
                                                           U.S.D.J.