**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :          15 CR. 228 (RMB)
                                             :
              - against -                    :          **ORDER**
                                             :
                                             :
ELVIN HESKEY,                                :
                                             :
                          Defendant.         :
-------------------------------------------------------------x


       The supervised release hearing scheduled for Wednesday, November 1, 2023 at 11:00 A.M. will take place in Courtroom 17B.


Dated: October 25, 2023
     New York, NY


_____
       RICHARD M. BERMAN
          U.S.D.J.