

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2023

**By ECF and Email**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Elvin Heskey, 15 Cr. 228 (RMB)

Dear Judge Berman:

      The Government writes with the consent of defense counsel to request a two-month adjournment of the violation of supervised release hearing currently scheduled for November 1, 2023 at 11:00 A.M. The adjournment will allow defense counsel and the Government additional time to engage in discussions aimed at a pre-Indictment resolution. On August 1, 2023, the parties previously requested a three-month adjournment of the violation of supervised release hearing, which the Court granted. (Dkt. 89).

      For scheduling purposes, defense counsel and the Government are both available during the first two weeks of January 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Meredith Foster
Assistant United States Attorney
(212) 637-2310

cc: Michael Arthus, Esq.

*[Handwritten: Supervised release hearing is adjourned to 1/9/24 at 10:00 am.]*

SO ORDERED:
Date: **10/25/23**   *Richard M. Berman*
Richard M. Berman, U.S.D.J.